IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv- 01966-AP

AUTUMN N. THOMPSON,

Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

Defendant.
_____
**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

## 1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| Robert K. Gruber, #9413 | TROY A. EID |
| 3500 South Wadsworth Blvd., Suite 215 | United States Attorney |
| Lakewood, Colorado 80235-2382 | |
| Telephone (303) 986-6400 | KEVIN TRASKOS |
| FAX (303) 986-6800 | Deputy Chief, Civil Division |
| E-mail: bobgruber@earthlink.net | United States Attorney's Office |
| Attorney for Plaintiff | District of Colorado |
| Autumn N. Thompson | 303-454-0184 |
| | kevin.traskos@usdoj.gov |
| | |
| | Of Counsel: |
| | Stephanie Fishkin Kiley |
| | Assistant Regional Counsel |
| | Social Security Administration |

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

**A. Date Complaint Was Filed:** September 18, 2007

**B. Date Complaint Was Served on U.S. Attorney's Office:** September 25, 2007

**C. Date Answer and Administrative Record Were Filed:** November 20, 2007

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

To the best of his knowledge, Counsel for Plaintiff states that the record is complete and accurate.
To the best of his knowledge, Counsel for Defendant states that the record is complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate submitting additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

**Counsel for Plaintiff states:** To the best of his knowledge, this case does not involve unusual claims or defenses.

**Counsel for Defendant states:** To the best of his knowledge, this case does not involve unusual claims or defenses.

## 7. OTHER MATTERS

There are no other matters anticipated.

## 8. PROPOSED BRIEFING SCHEDULE

Counsel for both parties agree to the following proposed briefing schedule:

**A. Plaintiffs Opening Brief Due:** January 14, 2008

**B. Defendant's Response Brief Due:** February 13, 2008

**C. Plaintiffs Reply Brief (If Any) Due:** February 28, 2008

## 9. STATEMENTS REGARDING ORAL ARGUMENT

**A. Plaintiffs Statement:**

>   Plaintiff does not request oral argument.

**B. Defendant's Statement:**

>   Defendant does not request oral argument

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

>   All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 6th day of December, 2007.

                                  BY THE COURT:

                                  ***S/John L. Kane***

                                  U.S. DISTRICT COURT JUDGE

APPROVED:

| s/Robert K. Gruber 12/4/07<br><br>Robert K. Gruber<br>3500 South Wadsworth Blvd., Suite 215<br>Lakewood, Colorado 80235-2382<br>Telephone (303) 986-6400<br>FAX (303) 986-6800<br>E-mail: bobgruber@earthlink.net<br>Attorney for Plaintiff |   TROY A. EID<br>  United States Attorney<br><br>By: s/Kevin Traskos 12/5/07<br><br>  KEVIN TRASKOS<br>  Deputy Chief, Civil Division<br>  United States Attorney's Office<br>  District of Colorado<br>  Kevin.Traskos@usdoj.gov<br><br>Of Counsel:<br>   Stephanie Fishkin Kiley<br>   Assistant Regional Counsel<br>   1961 Stout Street, Suite 1001A<br>   Denver, Colorado 80294<br>   Telephone: (303) 844-0815<br>   Stephanie.Fishkin.Kiley@ssa.gov<br>   Attorneys for Defendant. |